1  Alan L. Martini, SB No. 77316
   SHEUERMAN, MARTINI & TABARI
2  A Professional Corporation
   1033 Willow Street
3  San Jose, CA  95125
   (408) 288-9700
4  Fax: (408) 295-9900

5  Attorneys for Plaintiffs and Counter-Defendants, KATHLEEN CHAIDES and
   R.L. CHAIDES CONSTRUCTION COMPANY, INC
6

7
                    UNITED STATES DISTRICT COURT
8                   NORTHERN DISTRICT OF CALIFORNIA                *E-FILED - 1/9/07*
9

10 KATHLEEN McGUIRE-CHAIDES and            )  NO. C-06-04017 RMW
   R.L. CHAIDES CONSTRUCTION COMPANY,      )
11 INC.,                                   )  S T I P U L A T I O N   A N D
                                           )  [PROPOSED] ORDER RE
12                   Plaintiffs,           )  DISMISSAL
                                           )
13 v.                                      )
                                           )
14 ONEBEACON AMERICA INSURANCE             )
   COMPANY, a Massachusetts corporation;   )
15 GENERAL ACCIDENT INSURANCE COMPANY      )
   OF AMERICA, a Pennsylvania corporation; Does )
16 1 through 50, inclusive,                )
                                           )
17                   Defendants.           )
                                           )
18 _____

19       WHEREAS, plaintiffs and counter-defendants, KATHLEEN McGUIRE-CHAIDES and

20 R.L. CHAIDES CONSTRUCTION COMPANY, INC., and defendant and counter-claimant

21 ONEBEACON AMERICA INSURANCE COMPANY, by and through their attorneys of record,

22 hereby stipulate that the complaint and counter-claim be dismissed without prejudice.

23 Dated: December 22, 2006                    SHEUERMAN, MARTINI & TABARI

24
                                               By: /s/ Alan L. Martini
25                                                 _____
                                                   Alan L. Martini
26                                                 Attorneys for Plaintiffs and
                                                   Counter-Defendants,
27                                                 Kathleen McGuire-Chaides
                                                   and R.L. Chaides Construction
28                                                 Company, Inc.

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL                                        1

| | |
|---|---|
| Dated: December 22, 2006 | GORDON & REES LLP |
| | By: /s/ Sara Thorpe |
| | Sara Thorpe |
| | Attorneys for Defendant and Counter-Claimant |
| | ONEBEACON AMERICA INSURANCE COMPANY, a Pennsylvania Corporation |

## ORDER

Pursuant to stipulation of counsel, it is hereby ordered that the complaint and counter-claim are hereby dismissed without prejudice.

Dated: 1/9/07                              /s/ Ronalld M. Whyte
                                           JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL                                                 2